UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEFFREY SCOTT MCCOY,**

   **Plaintiff,**

v.                  Case No: 5:19-cv-324-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

## ORDER

  This case was referred to the United States Magistrate Judge for a report and recommendation on Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand, filed on November 21, 2019 (Doc. 15). After review of the Report and Recommendation entered on November 26, 2019 (Doc. 16), and noting no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

  1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 16) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

  2. The Unopposed Motion for Entry of Judgment with Remand (Doc. 15) is **GRANTED**. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the following reasons:

    So that the ALJ may further evaluate Dr. Daniel Henderson's opinion, reconsider Plaintiff's mental impairments, re-assess the RFC, if necessary, with psychological or psychiatric expert evidence; as warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; take any further action to complete the administrative record; offer Plaintiff the opportunity for a hearing; and issue a new decision, and many other proceedings the Commissioner deems appropriate.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ____ day of December, 2019.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record